(Official Form 1) (12/03)

FORM B1

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DUFAJ, MARIA** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **0192** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**722 Dempster St Apt 112**<br>**Mount Prospect, IL  60056-5066** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    *COOK* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☒ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☒ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors
- ☒ Debtor estimates that, after any exempt property is excluded and administrative exp paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☒ | 100-199 ☐ | 200-999 ☐ |
|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 ☒ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ |
|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☒ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ |
|---|---|---|---|---|---|---|---|

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/08/2004
Time: 16:10:22
Debtor: MARIA DUFAJ          Fee : 209
Case: 04-45173      # : 3114587
Chapter: 7 Rec. #
341 mtg: 01/07/2005 @ 03:00PM
Judge: Pamela Hollis
Trustee: ALEX MOGLIA

1:04BK45173-BK001

VOLUNTARY PETITION

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **DUFAJ, MARIA** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

<table>
<tr><td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____  **MARIA DUFAJ**
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td><td>

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____          Date
Signature of Attorney for Debtor(s)

</td></tr>
<tr><td>

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Iwona Pankowska 623-0003**
Printed Name of Attorney for Debtor(s)

**Iwona Pankowska**
Firm Name

**6146 N. Milwaukee Ave.**
Address

**Chicago, IL  60646**

**(773) 763-1775**
Telephone Number

_12-7-04_
Date

</td><td>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

</td></tr>
<tr><td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td><td>

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

</td></tr>
</table>

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                          Case No. _____

**DUFAJ, MARIA** _____   Chapter **7** _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................................. $ _____**1,000.00**

    Prior to the filing of this statement I have received ....................................................... $ _____

    Balance Due ............................................................................................. $ _____**1,000.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **The above services performed at a fixed rate of $1,000.00 plus court costs and representation of the debtor in adversary proceedings and other contested bankruptcy matters billed at $150.00 per hour.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

____**12-7-04**_____          _____
                Date                                        Signature of Attorney

                                          **Iwona Pankowska** _____
                                                        Name of Law Firm

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

> The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

**Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)\***

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)\***

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)\***

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)\***

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those who income arises primarily from a family owned farm.

\* Fees are subject to change and should be confirmed before filing.

## ACKNOWLEDGEMENT

I, the debtor, affirm that I have read this notice.

_____
Case Number

| | |
|---|---|
| 12-7-04 | _Maria Dufas_ |
| Date | MARIA DUFAS   Debtor |

**INSTRUCTIONS:** If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.

NOTICE TO INDIVIDUAL CONSUMER DEBTOR

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                        Case No. _____

DUFAJ, MARIA _____    Chapter 7 _____
                                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

|  |  |  | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 10,146.19 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 4 | | 44,122.94 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 231,940.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,479.00 |
| Total Number of Sheets in Schedules | | 39 | | | |
| Total Assets | | | 10,146.19 | | |
| Total Liabilities | | | | 276,063.62 | |

© 1983-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

SUMMARY OF SCHEDULES

IN RE DUFAJ, MARIA _____    Case No. _____
                                                    Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE DUFAJ, MARIA _____   Case No. _____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HW/JC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **National City Bank** **PO Box 8043** **Royal Oak, MI 48068-8043** **Account # 4330021314** **National City Bank of Michigan** **PO Box 8043** **Royal Oak, MI 48068-8043** **Account#5230141359** **Checking account is in name of Prime Choice European Deli, Inc.** | | 256.19 10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **kitchen set/table and chairs** **living room set** **panasonic t.v. 36"** **two beds** | | 100.00 unknown 50.00 50.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **debtor's wardrobe** | | 600.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% owner of Prime Choice European Deli** **which was previously dissolved by the State of Illinois** **the deli had an address of 703 W. Devon Ave., Park Ridge, IL 60068** **The goodwill of said business is listed as a nominal value of $10.00 as the liabilities exceed value of inventory and the business is no longer operational.** **The inventory of said business is listed separately.** | | 10.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE DUFAJ, MARIA _____  Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 Nissan Quest co-owned with Marek Dufaj | | 1,200.00 |
| | | 2000 Mini Van Dodge with approx. 84,000 miles on same | | 1,500.00 |
| | | Dodge Mini Van 2000 with approx. 84,0000 miles on same | | 0.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Cash register purchased in 1997 for $200. Valued at 10% of purchase price. Said goods were left at store location, 703 W Devon Ave., Park Ridge, IL 60068 | | 20.00 |
| | | Five deli cases purchased in 1997 for $8,000.00 each. Valued at 10% of purchase price. Said goods were left at store location, 703 W Devon Ave., Park Ridge, IL 60068 | | 4,000.00 |
| | | Hood for stove purchased in 1997 for $3,000.00. Valued at 10% of purchase price. Said goods were left at store location, 703 W Devon Ave., Park Ridge, IL 60068 | | 300.00 |
| | | One sink purchased in 1997 for $1,000.00. Valued at 10% of purchase price. Said goods were left at store location, 703 W Devon Ave., Park Ridge, IL 60068 | | 100.00 |
| | | One walk in cooler purchased in 1997 for $3,000.00. Valued at 10% of purchase price. | | 300.00 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE DUFAJ, MARIA _____      Case No. _____
　　　　　　　　　　　　　　Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Said goods were left at store location, 703 W Devon Ave., Park Ridge, IL 60068 | | |
| | | Open deli case purchased in 1997 for $4,000.00. Valued at 10% of purchase price. Said goods were left at store location, 703 W Devon Ave., Park Ridge, IL 60068 | | 400.00 |
| | | Professional grade stove purchased in 1997 for $2,000.00. Valued at 10% of purchase price. Said goods were left at store location, 703 W Devon Ave., Park Ridge, IL 60068 | | 200.00 |
| | | Two freezers purchased in 1997 for $2,000.00 each. Valued at 10% of purchase price. Said goods were left at store location, 703 W Devon Ave., Park Ridge, IL 60068 | | 400.00 |
| | | Two prep tables purchased in 1997 for $1,500.00 each. Valued at 10% of purchase price. Said goods were left at store location, 703 W Devon Ave., Park Ridge, IL 60068 | | 300.00 |
| | | Two scales purchased in 1997 for $1,000.00 each. Valued at 10% of purchase price. Said goods were left at store location, 703 W Devon Ave., Park Ridge, IL 60068 | | 200.00 |
| | | Wooden Shelves purchased in 1997 for $1,500.00. Valued at 10% of purchase price. Said goods were left at store location, 703 W Devon Ave., Park Ridge, IL 60068 | | 150.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 10,146.19 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____0_____ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

SCHEDULE B - PERSONAL PROPERTY

IN RE DUFAJ, MARIA _____   Case No. _____
                                    Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):   Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY**<br>**National City Bank**<br>**PO Box 8043**<br>**Royal Oak, MI 48068-8043**<br>**Account # 4330021314** | **735 ILCS 5 §12-1001(b)** | **256.19** | **256.19** |
| **National City Bank of Michigan**<br>**PO Box 8043**<br>**Royal Oak, MI 48068-8043**<br>**Account#5230141359**<br>**Checking account is in name of Prime**<br>**Choice European Deli, Inc.** | **735 ILCS 5 §12-1001(b)** | **10.00** | **10.00** |
| **kitchen set/table and chairs** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **panasonic t.v. 36"** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **two beds** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **debtor's wardrobe** | **735 ILCS 5 §12-1001(a)** | **600.00** | **600.00** |
| **1995 Nissan Quest**<br>**co-owned with Marek Dufaj** | **735 ILCS 5 §12-1001(c)** | **1,200.00** | **1,200.00** |
| **2000 Mini Van Dodge with approx. 84,000**<br>**miles on same** | **735 ILCS 5 §12-1001(b)** | **1,500.00** | **1,500.00** |
| **Cash register purchased in 1997 for $200.**<br>**Valued at 10% of purchase price.**<br>**Said goods were left at store location, 703**<br>**W Devon Ave., Park Ridge, IL  60068** | **735 ILCS 5 §12-1001(b)** | **20.00** | **20.00** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE DUFAJ, MARIA                                                    Case No. _____
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL .......... UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |

_____0____ Continuation Sheets attached

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule D)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE DUFAJ, MARIA                                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **3** Continuation Sheets attached

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

'IN RE DUFAJ, MARIA                                          Case No.
_____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. 719142<br>Illinois Department Of Agriculture<br>PO Box 19281<br>Springfield, IL 62794-9281 | X | | Inspection fee. | | | | 136.00<br><br>136.00 |
| Account No. 4175950<br>Illinois Department Of Employment Security<br>33 S State St<br>Chicago, IL 60603-2802 | X | | Tax liability for unemployment taxes 2002 and 2003 through 3/31/04 | | | | 902.47<br><br>902.47 |
| Account No. 2792-9108<br>Illinois Department Of Revenue<br>Springfield, IL 62776-0001 | X | | Witholding tax liability ending April 2004. | | | | 803.00<br><br>803.00 |
| Account No.<br>Illinois Department Of Revenue<br>PO Box 19468<br>Springfield, IL 62794-9468 | | | Assignee or other notification for:<br>Illinois Department Of Revenue | | | | |
| Account No. 364193589000<br>Illinois Department Of Revenue<br>Field Compliance District 05<br>9511 Harrison St<br>Des Plaines, IL 60016-1563 | X | | 2002 and 2003 taxes | | | | 12,557.29<br><br>12,557.29 |
| Account No. 36-4193589<br>Illinois Department Of Revenue<br>PO Box 19468<br>Springfield, IL 62794-9468 | X | | 4th quarter witholding tax 2003 | | | | 227.54<br><br>227.54 |

Sheet _____ 1 of _____ 3 Continuation Sheets attached to Schedule E

Subtotal
(Total of this page) | 14,626.30

(Complete only on last sheet of Schedule E)  **TOTAL**

(Report total also on Summary of Schedules)

© 1983-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE DUFAJ, MARIA        Case No. _____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No 36-4193589<br>Illinois Department Of Revenue<br>101 W Jefferson St<br>Springfield, IL 62702-5145 | X | | Witholding tax liability for 3/Q/2003 | | | | 1,216.24<br>1,216.24 |
| Account No<br>Post Action Division/Collection Bureau<br>IL Dept Of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | | | Assignee or other notification for:<br>Illinois Department Of Revenue | | | | |
| Account No 364193589000<br>Illinois Department Of Revenue<br>100% Penalty Unit<br>PO Box 19035<br>Springfield, IL 62794-9035 | | | Tax liability due as of 8/11/04 | | | | 9,674.58<br>9,674.58 |
| Account No 36-4193589<br>Internal Revenue Service<br>Department Of The Treasury<br>Cincinnati, OH 45999-0030 | X | | Tax period ending 12/31/04 | | | | 2,128.31<br>2,128.31 |
| Account No 36-4193589<br>Internal Revenue Service<br>8125 River Dr Ste 103<br>Morton Grove, IL 60053-2642 | X | | Income taxes owed through 5/15/04. | | | | 12,128.75<br>12,128.75 |
| Account No 36-4193589<br>Internal Revenue Service<br>Department Of The Treasury<br>Cincinnati, OH 45999-0030 | X | | Tax period ending 9/30/03 | | | | 1,311.29<br>1,311.29 |

Sheet ____2__ of ____3__ Continuation Sheets attached to Schedule E

Subtotal (Total of this page)    26,459.17

(Complete only on last sheet of Schedule E) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE DUFAJ, MARIA                                           Case No. _____
_____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No **36-4193589** <br> **Internal Revenue Service** <br> **Department Of The Treasury** <br> **Cincinnati, OH  45999-0030** | | | **Tax period ending 6/30/03** | | | | 1,369.76 <br><br> 1,369.76 |
| Account No **36-4193589** <br> **Internal Revenue Service** <br> **Department Of The Treasury** <br> **Cincinnati, OH  45999-0030** | X | | **Tax period ending 3/31/2003** | | | | 1,667.71 <br><br> 1,667.71 |
| Account No | | | | | | | |
| Account No | | | | | | | |
| Account No | | | | | | | |
| Account No | | | | | | | |

Sheet ____**3**____ of ____**3**____ Continuation Sheets attached to Schedule E

Subtotal
(Total of this page)   **3,037.47**

(Complete only on last sheet of Schedule E)  **TOTAL**   **44,122.94**
(Report total also on Summary of Schedules)

© 1983-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

IN RE DUFAJ, MARIA      Case No. _____

          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rich's Market Inc.<br>1237 W. Fulton<br>Chicago, IL  60607 | X | | Collection. | | | | unknown |
| Account No. 72916611030<br><br>AT&T<br>C/O: Risk Management Alternatives, Inc.<br>1500 Commerce Dr<br>Saint Paul, MN  55120-1023 | X | | Telephone service collection. | | | | 279.88 |
| Account No.<br><br>Risk Management Alternatives, Inc.<br>1500 Commerce Dr<br>Mendota Heights, MN  55120-1023 | | | Assignee or other notification for:<br>AT&T | | | | |
| Account No. FJ8229<br><br>Grand Victoria Casino<br>2 Broad St Fl 6TH<br>Bloomfield, NJ  07003-2547 | | | Collection. | | | | 825.00 |
| Account No. 01300 1131132044<br><br>ADT Security Servces, Inc.<br>PO Box 371967<br>Pittsburgh, PA  15250-7967 | X | | Alarm services to Prime Choice European Deli, Inc. | | | | 103.18 |

_21_ Continuation Sheets attached

Subtotal
(Total of this page)    **1,208.06**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE DUFAJ, MARIA _____   Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Ameritech**<br>**Bill Payment Center**<br>**Chicago, IL  60663-0001** | X | | **Collection.** | | | | unknown |
| Account No 8476963536<br>**Ameritech**<br>**Bill Payment Center**<br>**Chicago, IL  60663-0001** | X | | **Telephone service account for Prime Choice European Deli, Inc.** | | | | 254.28 |
| Account No 8473680602<br>**Ameritech**<br>**Bill Payment Center**<br>**Chicago, IL  60663-0001** | | | **Collection for telephone services.** | | | | 193.39 |
| Account No<br>**Ameritech**<br>**Bill Payment Center**<br>**Chicago, IL  60663-0001** | | | **Collection.** | | | | unknown |
| Account No<br>**Andy's Deli**<br>**3055 N Milwaukee Ave**<br>**Chicago, IL  60618-6612** | X | | **Supplier of Prime Choice European Deli, Inc..**<br>**Revolving account with last statement dated 9/17/04.** | | | | 14,834.00 |
| Account No.<br>**Andy's Deli**<br>**4021 W Kinzie St**<br>**Chicago, IL  60624-1807** | | | **Assignee or other notification for:**<br>**Andy's Deli** | | | | |
| Account No. 1-34266 8<br>**Arc Disposal & Recycling, Inc.**<br>**2101 S Busse Rd**<br>**Mount Prospect, IL  60056-5561** | X | | **Collection.** | | | | unknown |

Sheet _____ **1** of _____ **21** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)     **15,281.67**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE DUFAJ, MARIA _____  Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No <br><br> NCO Financial Systems, Inc. <br> PO Box 41417, Dept. 23 <br> Philadelphia, PA 19101-1417 | | | Assignee or other notification for: <br> Arc Disposal & Recycling, Inc. | | | | |
| Account No 8474393813 <br><br> At&T <br> PO Box 8212 <br> Aurora, IL 60572-8212 | | | Collection for telephone services due as of 11/17/03. | | | | 275.41 |
| Account No <br><br> Bachinger Farms, Inc. <br> PO Box 254 <br> Prospect Heights, IL 60070-0254 | X | | Collection. | | | | unknown |
| Account No <br><br> Belmont Sausage Company <br> 2201 Estes Ave <br> Elk Grove Village, IL 60007-5426 | X | | Collection. | | | | unknown |
| Account No 4115-0721-8582-6867 <br><br> Capital One Bank <br> PO Box 85015 <br> Richmond, VA 23285-5075 | | | Revolving account opened 4/02 | | | | 3,530.00 |
| Account No. <br><br> Alliance One Receivables Management, Inc <br> 4797 Ruffner St <br> San Diego, CA 92111-1519 | | | Assignee or other notification for: <br> Capital One Bank | | | | |
| Account No. <br><br> Alliance One Receivables Management, Inc <br> PO Box 719002 <br> San Diego, CA 92171-9002 | | | Assignee or other notification for: <br> Capital One Bank | | | | |

Sheet _____ 2 of _____ 21 Continuation Sheets attached to Schedule F

Subtotal (Total of this page)     3,805.41

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE DUFAJ, MARIA                                                    Case No. _____

                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No **4791-2415-6462-2327**<br>**Capital One Bank**<br>**PO Box 85015**<br>**Richmond, VA 23285-5075** | | | **Revolving account opened 5/99** | | | | **3,103.00** |
| Account No<br>**Alliance One Receivables Management, Inc**<br>**4797 Ruffner St**<br>**San Diego, CA 92111-1519** | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| Account No<br>**Alliance One Receivables Management, Inc**<br>**PO Box 1963**<br>**Southgate, MI 48195-0963** | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| Account No **4791-2420-8298-5022**<br>**Capital One Bank**<br>**PO Box 85015**<br>**Richmond, VA 23285-5075** | | | **Revolving account opened 11/01** | | | | **2,870.00** |
| Account No<br>**Alliance One Receivables Management, Inc**<br>**4797 Ruffner St**<br>**San Diego, CA 92111-1519** | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| Account No.<br>**Alliance One Receivables Management, Inc**<br>**PO Box 1961**<br>**Southgate, MI 48195-0961** | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| Account No. **4791-2418-3024-6968**<br>**Capital One Bank**<br>**PO Box 85520**<br>**Richmond, VA 23285-5520** | X | | **Revolving account opened 12/00** | | | | **1,763.00** |

Sheet ____**3**____ of ____**21**____ Continuation Sheets attached to Schedule F

|  | Subtotal<br>(Total of this page) | **7,736.00** |
|---|---|---|
|  | (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE DUFAJ, MARIA _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>**Alliance One Receivables Management, Inc**<br>4797 Ruffner St<br>San Diego, CA 92111-1519 | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| Account No<br>**Alliance One Receivables Management, Inc**<br>PO Box 719002<br>San Diego, CA 92171-9002 | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| Account No<br>**Capital ONe Bank**<br>PO Box 26074<br>Richmond, VA 23260-6074 | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| Account No 4305-7221-3596-9718<br>**Capital One Bank**<br>PO Box 85015<br>Richmond, VA 23285-5075 | | | **Revolving account opened 1/02** | | | | 910.00 |
| Account No<br>**National Action Financial Services, Inc.**<br>PO Box 9027<br>Williamsville, NY 14231-9027 | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| Account No. 3704772<br>**Cavalry Portfolio Svcs**<br>4050 E Cotton Center Blvd<br>Phoenix, AZ 85040-8861 | | | **Assignee of MBNA America.** | | | | 20,419.00 |
| Account No.<br>**Creditors Financial Group**<br>PO Box 440290<br>Aurora, CO 80044-0290 | | | **Assignee or other notification for:**<br>**Cavalry Portfolio Svcs** | | | | |

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

Sheet _____**4** of _____**21** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) | 21,329.00

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE DUFAJ, MARIA _____   Case No. _____
_____ Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>**Creditors Interchange**<br>**PO Box 1335**<br>**Buffalo, NY 14240-1335** | | | **Assignee or other notification for:**<br>**Cavalry Portfolio Svcs** | | | | |
| Account No<br>**MBNA America**<br>**PO BOX 17054**<br>**Wilmington, DE 19884-0001** | | | **Assignee or other notification for:**<br>**Cavalry Portfolio Svcs** | | | | |
| Account No<br>**MBNA America**<br>**PO Box 17054**<br>**Wilmington, DE 19850-7054** | | | **Assignee or other notification for:**<br>**Cavalry Portfolio Svcs** | | | | |
| Account No **5184450060**<br>**Chase**<br>**4915 Independence Pkwy**<br>**Tampa, FL 33634-7540** | | | **Revolving account opened 2/96** | | | | **10,651.00** |
| Account No **4225-8130-8028-6690**<br>**Chase Na**<br>**4915 Independence Pkwy**<br>**Tampa, FL 33634-7540** | | | **Revolving account opened 7/01** | | | | **3,599.87** |
| Account No.<br>**Capital Management Services, Inc.**<br>**726 Exchange St Ste 700**<br>**Buffalo, NY 14210-1484** | | | **Assignee or other notification for:**<br>**Chase Na** | | | | |
| Account No.<br>**Gerald E. Moore & Associates, P.C.**<br>**PO Box 724087**<br>**Atlanta, GA 31139-1087** | | | **Assignee or other notification for:**<br>**Chase Na** | | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet ____**5**____ of ____**21**____ Continuation Sheets attached to Schedule F

| | Subtotal<br>(Total of this page) | 14,250.87 |
|---|---|---|
| | (Complete only on last sheet of Schedule F) **TOTAL** | |

(Report total also on Summary of Schedules)

IN RE DUFAJ, MARIA _____   Case No. _____

_____ Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>**Worldwide Asset Purchasing**<br>**C/O: Gerald E. Moore & Associates, P.C.**<br>**PO Box 724087**<br>**Atlanta, GA  31139-1087** | | | **Assignee or other notification for:**<br>**Chase Na** | | | | |
| Account No 5410-6543-0486-2110<br>**Citibank**<br>**PO Box 6500**<br>**Sioux Falls, SD  57117-6500** | X | | **Revolving account opened 1/96** | | | | 9,538.00 |
| Account No<br>**Baker, Miller, Markoff & Krasny, LLC**<br>**File Number 10014.001.2786**<br>**11 S La Salle St Fl 19TH**<br>**Chicago, IL  60603-1203** | | | **Assignee or other notification for:**<br>**Citibank** | | | | |
| Account No<br>**Citi Cards**<br>**PO Box 6416**<br>**The Lakes, NV  88901-6416** | | | **Assignee or other notification for:**<br>**Citibank** | | | | |
| Account No<br>**Citibank (South Dakota), N.A.**<br>**Customer Service Center**<br>**PO Box 6500**<br>**Sioux Falls, SD  57117-6500** | | | **Assignee or other notification for:**<br>**Citibank** | | | | |
| Account No. 5416227021<br>**City Of Park Ridge**<br>**505 Butler Pl**<br>**Park Ridge, IL  60068-4173** | | | **Water bill for Prime Choice European Deli, Inc. due as of 9/30/04.** | | | | 115.81 |
| Account No.<br>**City Of Park Ridge**<br>**PO Box 4793**<br>**Carol Stream, IL  60197-4793** | | | **Assignee or other notification for:**<br>**City Of Park Ridge** | | | | |

Sheet _____ **6** of _____ **21** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **9,653.81**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE DIJFAJ, MARIA                                                    Case No. _____
_____
              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No 12749050030903138<br>Collect Amer<br>1999 Broadway Ste 2150<br>Denver, CO 80202-3008 | | | Unknown account opened 9/03 | | | | 9,153.00 |
| Account No<br>Cacv050 Fleet Bank | | | Assignee or other notification for:<br>Collect Amer | | | | |
| Account No<br>Craelius Poultry Company<br>370 N Morgan St<br>Chicago, IL 60607-1321 | X | | Collection. | | | | unknown |
| Account No<br>Craelius Poultry Company<br>1100 W Fulton Market<br>Chicago, IL 60607-1214 | | | Assignee or other notification for:<br>Craelius Poultry Company | | | | |
| Account No 700023<br>Cuisine De France Inc.<br>1 S Northwest Hwy<br>Park Ridge, IL 60068-4240 | X | | Supplier of Prime Choice European Deli, Inc. | | | | 3,052.58 |
| Account No<br>Teller, Levit & Silvertrust, P.C.<br>11 E Adams St<br>Chicago, IL 60603-6301 | | | Assignee or other notification for:<br>Cuisine De France Inc. | | | | |
| Account No.<br>Dean Foods Company<br>3600 River Rd<br>Franklin Park, IL 60131-2152 | X | | Collection. | | | | unknown |

Sheet ___7___ of ___21___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)     **12,205.58**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE DUFAJ, MARIA _____   CASE No. _____
                           Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No 6011-0071-7062-3812<br>**Discover Financial Services**<br>**PO Box 15316**<br>**Wilmington, DE 19850-5316** | X | | **Revolving account opened 6/99** | | | | **3,208.00** |
| Account No<br>**Baker, Miller, Markoff & Krasny, LLC**<br>**File Number 04-02691-0 EV**<br>**11 S La Salle St Fl 19TH**<br>**Chicago, IL 60603-1203** | | | **Assignee or other notification for:**<br>**Discover Financial Services** | | | | |
| Account No<br>**W & A Recovery Services Corporation**<br>**PO Box 791263**<br>**Baltimore, MD 21279-1263** | | | **Assignee or other notification for:**<br>**Discover Financial Services** | | | | |
| Account No<br>**W & A Recovery Services Corporation**<br>**5350 Spectrum Dr Ste J**<br>**Frederick, MD 21703-7356** | | | **Assignee or other notification for:**<br>**Discover Financial Services** | | | | |
| Account No 6011-0076-5068-9564<br>**Discover Financial Services**<br>**PO Box 15316**<br>**Wilmington, DE 19850-5316** | | | **Revolving account opened 11/98** | | | | **2,242.00** |
| Account No.<br>**Baker, Miller, Markoff & Krasny, LLC**<br>**11 S La Salle St Fl 19TH**<br>**Chicago, IL 60603-1203** | | | **Assignee or other notification for:**<br>**Discover Financial Services** | | | | |
| Account No.<br>**Discover Card**<br>**PO Box 30395**<br>**Salt Lake City, UT 84130-0395** | | | **Assignee or other notification for:**<br>**Discover Financial Services** | | | | |

© 1983-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

Sheet ___**8**___ of ___**21**___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **5,450.00**

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

IN RE DUFAJ, MARIA _____    Case No. _____
                            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No**<br>**W & A Recovery Services Corporation**<br>**PO Box 791263**<br>**Baltimore, MD  21279-1263** | | | Assignee or other notification for:<br>**Discover Financial Services** | | | | |
| **Account No**<br>**W & A Recovery Services Corporation**<br>**5350 Spectrum Dr Ste J**<br>**Frederick, MD 21703-7356** | | | Assignee or other notification for:<br>**Discover Financial Services** | | | | |
| **Account No**<br>**E.A. Kaminski Inc. D/B/A Kaminski**<br>**Greeting Card Co. C/O: Gregory Ramel**<br>**6106 W Barry Ave**<br>**Chicago, IL  60634-4029** | X | | **Collection concerning business debt.** | | | | 1,911.00 |
| **Account No**<br>**Kaminski Greeting Card Company**<br>**2855 W Logan Blvd**<br>**Chicago, IL  60647-1729** | | | Assignee or other notification for:<br>**E.A. Kaminski Inc. D/B/A Kaminski** | | | | |
| **Account No. 4428281105002812**<br>**Elan Financial Service**<br>**PO Box 790084**<br>**Saint Louis, MO  63179-0084** | | | **Revolving account opened 6/92** | | | | 11,357.00 |
| **Account No. 8473680602024**<br>**Encore Receivable Management Inc.**<br>**PO Box 3330**<br>**Olathe, KS 66063-3330** | | | **Collection for telephone services.** | | | | 193.39 |
| **Account No.**<br>**SBC**<br>**60663 Sbc Drive**<br>**Chicago, IL  60663-0001** | | | Assignee or other notification for:<br>**Encore Receivable Management Inc.** | | | | |
| | | | | | Subtotal<br>(Total of this page) | | 13,461.39 |

Sheet ____**9**____ of ____**21**____ Continuation Sheets attached to Schedule F

(Complete only on last sheet of Schedule F)  **TOTAL**  _____

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE DUFAJ, MARIA                                              Case No. _____
_____
               Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No 18147<br>European Imports, Ltd.<br>2475 N Elston Ave<br>Chicago, IL 60647-2033 | X | | Collection. | | | | unknown |
| Account No<br>American Credit Systems<br>PO Box 72849<br>Roselle, IL 60172-0849 | | | Assignee or other notification for:<br>European Imports, Ltd. | | | | |
| Account No<br>Europol Import, Inc.<br>838 Foster Ave<br>Bensenville, IL 60106-1510 | | | Assignee or other notification for:<br>European Imports, Ltd. | | | | |
| Account No<br>S. Booker<br>Levun, Goodman & Cohen<br>500 Skokie Blvd Ste 650<br>Northbrook, IL 60062-2870 | | | Assignee or other notification for:<br>European Imports, Ltd. | | | | |
| Account No. A300ffad015657425<br>First Finast<br>2800 N 44th St Ste 310<br>Phoenix, AZ 85008-1560 | | | Open account opened 10/03 | | | | 3,226.00 |
| Account No.<br>08 Discover Card | | | Assignee or other notification for:<br>First Finast | | | | |
| Account No. A300ffdc015229476<br>First Finast<br>2800 N 44th St Ste 310<br>Phoenix, AZ 85008-1560 | | | Unknown account opened 11/02 | | | | 3,208.00 |

Sheet ____10__ of ____21__ Continuation Sheets attached to Schedule F

|  |  |
|---|---|
| Subtotal<br>(Total of this page) | 6,434.00 |
| (Complete only on last sheet of Schedule F) **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE DUFAJ, MARIA _____   Case No. _____
                            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**08  Discover Card** | | | **Assignee or other notification for:**<br>**First Finast** | | | | |
| Account No. **436667000237**<br>**First Usa Bank Na**<br>**1001 N Jefferson St**<br>**Wilmington, DE  19801-1493** | | | **Revolving account opened 11/96** | | | | **14,687.00** |
| Account No.<br>**Arthur B. Adler & Associates, Ltd.**<br>**25 E Washington St Ste 500**<br>**Chicago, IL  60602-1703** | | | **Assignee or other notification for:**<br>**First Usa Bank Na** | | | | |
| Account No.<br>**Unifund CCR Partners C/O:**<br>**Arthur B. Adler & Associates, Ltd.**<br>**25 E Washington St Ste 500**<br>**Chicago, IL  60602-1703** | | | **Assignee or other notification for:**<br>**First Usa Bank Na** | | | | |
| Account No. **441716862522**<br>**First Usa Bank Na**<br>**1001 N Jefferson St**<br>**Wilmington, DE  19801-1493** | | | **Revolving account opened 6/97** | | | | **1,194.00** |
| Account No. **430546000207**<br>**Fleet Cc**<br>**200 Tournament Dr**<br>**Horsham, PA  19044-3606** | | | **Revolving account opened 10/96** | | | | **9,153.00** |
| Account No.<br>**CACV Of Colorado, LLC**<br>**C/O: Pentagroup Financial, LLC**<br>**5959 Corporate Dr Ste 1400**<br>**Houston, TX  77036-2308** | | | **Assignee or other notification for:**<br>**Fleet Cc** | | | | |

Sheet _____**11**_____ of _____**21**_____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) | **25,034.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE DUFAJ, MARIA
                                                    Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J I C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>**Pentagroup Financial, LLC**<br>**5959 Corporate Dr Ste 1400**<br>**Houston, TX  77036-2308** | | | **Assignee or other notification for:**<br>**Fleet Cc** | | | | |
| Account No **FK3755**<br>**Grand Victoria Casino**<br>**600 Grand Victoria Dr**<br>**Rising Sun, IN  47040-9311** | | | **Collection.** | | | | 1,025.00 |
| Account No<br>**JBC Legal Group, P.C.**<br>**2 Broad St Fl 6TH**<br>**Bloomfield, NJ  07003-2547** | | | **Assignee or other notification for:**<br>**Grand Victoria Casino** | | | | |
| Account No **FJ8229**<br>**Grand Victoria Casino**<br>**600 Grand Victoria Dr**<br>**Rising Sun, IN  47040-9311** | | | **Collection.** | | | | 825.00 |
| Account No<br>**JBC Legal Group, P.C.**<br>**2 Broad St Fl 6TH**<br>**Bloomfield, NJ  07003-2547** | | | **Assignee or other notification for:**<br>**Grand Victoria Casino** | | | | |
| Account No **FK3755**<br>**Grand Victoria Casino**<br>**600 Grand Victoria Dr**<br>**Rising Sun, IN  47040-9311** | | | **Collection.** | | | | 275.00 |
| Account No<br>**JBC Legal Group, P.C.**<br>**2 Broad St Fl 6TH**<br>**Bloomfield, NJ  07003-2547** | | | **Assignee or other notification for:**<br>**Grand Victoria Casino** | | | | |

Sheet _____ **12** of _____ **21** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) — **2,125.00**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE DUFAJ, MARIA _____    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **FJ8229** <br> **Grand Victoria Casino** <br> **600 Grand Victoria Dr** <br> **Rising Sun, IN  47040-9311** | | | Collection. | | | | 225.00 |
| Account No. <br> **JBC Legal Group, P.C.** <br> **2 Broad St Fl 6TH** <br> **Bloomfield, NJ  07003-2547** | | | Assignee or other notification for: **Grand Victoria Casino** | | | | |
| Account No. <br> **Greeting Card Co. C/O: Gregory Ramel** <br> **6106 W Barry Ave** <br> **Chicago** <br> **IL,** | X | | Collection. | | | | unknown |
| Account No. <br> **Habro Packaging Company** <br> **2635 N Kildare Ave** <br> **Chicago, IL  60639-2051** | | | Supplier of packaging material for Prime Choice European Deli, Inc. for goods ordered in 2003. | | | | 84.62 |
| Account No. <br> **J & B Distributing Co.** <br> **3250 N Kilpatrick Ave** <br> **Chicago, IL  60641-4421** | X | | Collection. | | | | unknown |
| Account No. <br> **John Puskarz** <br> **2232 W Farwell Ave** <br> **Chicago, IL  60645-4810** | | | Returned Check for loan taken by debtor on or about July 2003. | | | | 4,000.00 |
| Account No. <br> **Korshak & Beaulieu** <br> **Attorney For John Puskarz** <br> **5339 W Belmont Ave** <br> **Chicago, IL  60641-4104** | | | Assignee or other notification for: **John Puskarz** | | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____ **13** of _____ **21** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | 4,309.62

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

IN RE DUFAJ, MARIA _____    Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>Korshak & Beaulieu<br>Attorney For John Puskarz<br>5339 W Belmont Ave<br>Chicago, IL 60641-4104 | | | Collection. | | | | unknown |
| Account No 5302960009<br>LaSalle Bank, NA<br>Dept. 8700<br>135 S La Salle St<br>Chicago, IL 60603-4177 | | | Collection. | | | | unknown |
| Account No<br>Lifeway Foods, Inc.<br>6431 Oakton St<br>Morton Grove, IL 60053-2727 | X | | Collection. | | | | unknown |
| Account No<br>Lowell International Company CH<br>2324 Touhy Ave<br>Elk Grove Village, IL 60007-5329 | X | | Collection. | | | | unknown |
| Account No.<br>M & B Holub Building Co.<br>1714 S River Rd<br>Des Plaines, IL 60018-2253 | X | | Possible individual liability for lease of 703 Devon, Park Ridge, IL by Prime Choice European Deli, Inc. | | | X | 43,354.07 |
| Account No.<br>Riebandt & Dewald, PC<br>1237 S Arlington Heights Rd<br>Arlington Heights, IL 60005-3142 | | | Assignee or other notification for:<br>M & B Holub Building Co. | | | | |
| Account No.<br>Markpol Group Inc.<br>9815 Leland Ave<br>Schiller Park, IL 60176-1303 | X | | Collection. | | | | unknown |

Sheet _____14_____ of _____21_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    43,354.07

(Complete only on last sheet of Schedule F)  **TOTAL**    _____

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE DUFAJ, MARIA _____    Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9915460482-3<br><br>McBee Systems, Inc.<br>PO Box 4270<br>Athens, OH 45701-4270 | X | | Collection. | | | | unknown |
| Account No.<br><br>Eastern Collection Corporation<br>1626 Locust Ave<br>Bohemia, NY 11716-2159 | | | Assignee or other notification for:<br>McBee Systems, Inc. | | | | |
| Account No.<br><br>Midland Foods Co Inc.<br>PO Box 8512<br>Chicago, IL 60680-8512 | X | | Collection. | | | | unknown |
| Account No. 4264-2905-0302-6452<br><br>Monogram Bank N America<br>POB 17054<br>Wilmington, DE 19884-0001 | | | Account has been assigned to Cavalry Portfolio Services. | | | | |
| Account No.<br><br>Creditors Interchange<br>PO Box 1335<br>Buffalo, NY 14240-1335 | | | Assignee or other notification for:<br>Monogram Bank N America | | | | |
| Account No.<br><br>Mori Milk & Ice Cream Co., Inc.<br>3600 River Rd<br>Franklin Park, IL 60131-2152 | | | Collection. | | | | unknown |
| Account No. 03 M1 156243<br><br>Mr. John Puskarz<br>C/O; Korshak & Beaulieu<br>5339 W Belmont Ave<br>Chicago, IL 60641-4104 | | | Collection. | | | | 4,000.00 |

Sheet _____ 15 of _____ 21 Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    4,000.00

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

Case No. _____

IN RE DUFAJ, MARIA                                Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5230141359<br>National City Bank Of Michigan/Illinois<br>PO Box 8043<br>Royal Oak, MI 48068-8043 | X | | Returned check charges for checking account in name of Prime Choice European Deli, Inc. | | | | 77.52 |
| Account No<br>National Debt Solutions<br>C/O; Joseph A. Macaluso<br>100 W Monroe St Ste 1310<br>Chicago, IL 60603-1944 | | | Collection. | | | | unknown |
| Account No.<br>Joseph A. Macaluso<br>100 W Monroe St Ste 1310<br>Chicago, IL 60603-1944 | | | Assignee or other notification for:<br>National Debt Solutions | | | | |
| Account No. 23109697<br>NCO Financial Systems, Inc.<br>PO Box 6489<br>Baltimore, MD 21230-0489 | | | Collection company for gas supplier for Prime Choice European Deli, Inc.. | | | | unknown |
| Account No.<br>Nicor Gas Company<br>PO Box 416<br>Aurora, IL 60568-0416 | | | Assignee or other notification for:<br>NCO Financial Systems, Inc. | | | | |
| Account No.<br>Neiman Brothers Company, Inc.<br>3322 W Newport Ave<br>Chicago, IL 60618-5510 | X | | Possible individual liability for corporate supplier of Prime Choice European Deli Co. | | | X | unknown |
| Account No. 123642161010301<br>Nicor Gas<br>1844 W Ferry Rd<br>Naperville, IL 60563-9662 | | | Open account opened 3/01 | | | | 1,327.00 |

Subtotal
(Total of this page)            1,404.52

Sheet ____16____ of ____21____ Continuation Sheets attached to Schedule F

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE: DUFAJ, MARIA                                                     Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1236421614<br><br>Nicor Gas Company<br>PO Box 416<br>Aurora, IL  60568-0416 | | | Collection for gas service due as of 8/03. | | | | 1,272.85 |
| Account No.<br><br>Oberweis Dairy<br>C/O: Complete Credit Service Corporation<br>5340 N Clark St<br>Chicago, IL  60640-2120 | X | | Collection. | | | | unknown |
| Account No. 2222086<br><br>Parkway Bank & Trust Company<br>4800 N Harlem Ave<br>Harwood Heights, IL  60706-3506 | | | Checking account overdraft as of 8/22/03. | | | | 3,232.81 |
| Account No.<br><br>Polish Princess Of Illinois, Inc.<br>55 Joey Dr<br>Elk Grove Village, IL  60007-1301 | | | Collection. | | | | unknown |
| Account No.<br><br>Prolix Packaging Inc.<br>C/O: Tanner And James, Inc.<br>32 W Loockerman St Ste L101<br>Dover, DE  19904-7302 | X | | Collection. | | | | unknown |
| Account No.<br><br>Prolix Packaging Inc.<br>D.B.A. The Kay Group, Inc.<br>9375 Chestnut Ave<br>Franklin Park, IL  60131-2933 | | | Assignee or other notification for:<br>Prolix Packaging Inc. | | | | |
| Account No.<br><br>Tanner And James, Inc.<br>32 W Loockerman St Ste L101<br>Dover, DE  19904-7302 | | | Assignee or other notification for:<br>Prolix Packaging Inc. | | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____17_____ of _____21_____ Continuation Sheets attached to Schedule F

|  | Subtotal (Total of this page) | 4,505.66 |
|---|---|---|
|  | (Complete only on last sheet of Schedule F)  **TOTAL** | |
|  | (Report total also on Summary of Schedules) | |

IN RE DUFAJ, MARIA _____  Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Risk Management Alternatives, Inc.**<br>**1500 Commerce Dr**<br>**Mendota Heights, MN  55120-1023** | X | | Collection. | | | | unknown |
| Account No<br>**Santanna Energy Services**<br>**C/O: CMI Legal Forwarding Division**<br>**PO Box 28851**<br>**Philadelphia, PA  19151-0851** | X | | | | | | 0.00 |
| Account No.<br>**CMI Legal Forwarding Division**<br>**Andrew J. McClure, Esq.**<br>**PO Box 28851**<br>**Philadelphia, PA  19151-0851** | | | Assignee or other notification for:<br>Santanna Energy Services | | | | |
| Account No.<br>**Nicor Gas Company**<br>**1844 W Ferry Rd**<br>**Naperville, IL  60563-9662** | | | Assignee or other notification for:<br>Santanna Energy Services | | | | |
| Account No. 84769635364909<br>**Sbc**<br>**60663 Sbc Drive**<br>**Chicago, IL  60663-0001** | | | Collection for telephone services. | | | | 254.28 |
| Account No. 847 36806020247<br>**SBC**<br>**60663 Sbc Drive**<br>**Chicago, IL  60663-0001** | | | Collection. | | | | 67.51 |
| Account No.<br>**Stan Mark Food Products, Inc.**<br>**1100 W 47th Pl**<br>**Chicago, IL  60609-4302** | X | | Collection. | | | | unknown |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet ____**18**__ of _____**21** Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page) | 321.79

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

IN RE DUFAJ, MARIA                                                      Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 57105170046330069<br><br>TCF National Bank<br>500 Joliet Rd<br>Willowbrook, IL 60527-5618 | | | Collection. | | | | unknown |
| Account No.<br><br>TCF National Bank<br>4930 N Milwaukee Ave<br>Chicago, IL 60630-2106 | | | Assignee or other notification for:<br>TCF National Bank | | | | |
| Account No. 4400091684<br><br>The St Paul<br>Dept. Ch 9072<br>Palatine, IL 60055-0001 | X | | Collection. | | | | unknown |
| Account No.<br><br>St. Paul Fire & Marine Insurance Company<br>PO Box 5220<br>Denver, CO 80217-5220 | | | Assignee or other notification for:<br>The St Paul | | | | |
| Account No. 4366-6700-0237-1581<br><br>Unifund/collection Agency<br>11802 Conrey Rd Ste 200<br>Cincinnati, OH 45249-1075 | X | | Open account opened 5/04 | | | | 19,242.00 |
| Account No<br><br>Blatt, Hasenmiller, Leibsker & Moore LLC<br>125 S Wacker Dr Ste 400<br>Chicago, IL 60606-4424 | | | Assignee or other notification for:<br>Unifund/collection Agency | | | | |
| Account No. 4056-0428-8016-6399<br><br>Unifund/collection Agency<br>11802 Conrey Rd Ste 200<br>Cincinnati, OH 45249-1075 | | | Open account opened 3/04 | | | | 11,678.00 |

Sheet _____19_ of _____21_ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                                                                                        30,920.00

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE DUFAJ, MARIA _____    Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Adler Arthur B & Assoc.<br>25 E Washington St Ste 500<br>Chicago, IL 60602-1703 | | | Assignee or other notification for:<br>Unifund/collection Agency | | | | |
| Account No.<br>Blatt, Hasenmiller, Leibsker & Moore LLC<br>125 S Wacker Dr Ste 400<br>Chicago, IL 60606-4424 | | | Assignee or other notification for:<br>Unifund/collection Agency | | | | |
| Account No.<br>Wachovia National Conversion C/O:<br>Blatt, Hasenmiller,Leibsker & Moore, LLC<br>125 S Wacker Dr Ste 400<br>Chicago, IL 60606-4424 | | | Assignee or other notification for:<br>Unifund/collection Agency | | | | |
| Account No.<br>V.E. Berg & Sons Co.<br>4949 N Elston Ave - 4951<br>Chicago, IL 60630-1732 | X | | Supplier for Prime Choice European Deli, Inc. | | | | 2,870.23 |
| Account No.<br>Larry Chambers, Ltd.<br>3856 Oakton St<br>Skokie, IL 60076-3454 | | | Assignee or other notification for:<br>V.E. Berg & Sons Co. | | | | |
| Account No.<br>Variety Meat Company<br>835 W Wayman St<br>Chicago, IL 60607-1311 | X | | Collection. | | | | unknown |
| Account No.<br>Wachovia National Conversion C/O:<br>Blatt, Hasenmiller,Leibsker & Moore, LLC<br>125 S Wacker Dr Ste 400<br>Chicago, IL 60606-4424 | | | Collection. | | | | unknown |

Sheet ____20____ of ____21____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | 2,870.23

(Complete only on last sheet of Schedule F)  TOTAL

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case No. _____

IN RE DUFAJ, MARIA
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Westdale Foods Co. <br> 7825 S Roberts Rd <br> Bridgeview, IL  60455-1405 | X | | Collection. | | | | unknown |
| Account No. <br> WNVR Radio <br> 3656 W Belmont Ave <br> Chicago, IL  60618-5328 | X | | Advertising Services for Prime Choice European Deli, Inc. | | | | 2,280.00 |
| Account No. <br> Arnold Law Office <br> Attn.: Mr. McLean Arnold, Esq. <br> PO Box 3245 <br> Bloomington, IL  61702-3245 | | | Assignee or other notification for: <br> WNVR Radio | | | | |
| Account No. <br> Don Mar Service Corporation <br> 500 W Palatine Rd Ste D105 <br> Wheeling, IL  60090-5835 | | | Assignee or other notification for: <br> WNVR Radio | | | | |
| Account No. <br> Polnet Communications, Ltd. <br> 3656 W Belmont Ave <br> Chicago, IL  60618-5328 | | | Assignee or other notification for: <br> WNVR Radio | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet ____21____ of ____21____ Continuation Sheets attached to Schedule F

|  |  |
|---|---|
| Subtotal (Total of this page) | 2,280.00 |
| (Complete only on last sheet of Schedule F)  **TOTAL** | 231,940.68 |
|  | (Report total also on Summary of Schedules) |

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE DUFAJ, MARIA _____   Case No. _____
                      Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Andy Bobak**<br>**C/O: Samuel J. Manella, P.C.**<br>**11119 S Depot St**<br>**Worth, IL  60482-1810**<br><br>**Prime Choice European Deli Co.**<br>**722 Dempster St**<br>**Mount Prospect, IL  60056-5066** | **Sale of Inventory of Prime Choice European Deli, Inc.**<br>**for $35,000.00** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE DUFAJ, MARIA                  Case No. _____

_____
                   Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mark Dufaj<br>722 Dempster St # 112<br>Mount Prospect, IL  60056-5066<br><br>Prime Choice European Deli Co.<br>722 Dempster St<br>Mount Prospect, IL  60056-5066 | M & B Holub Building Co.<br>1714 S River Rd<br>Des Plaines, IL  60018-2253<br><br>Capital One Bank<br>PO Box 85520<br>Richmond, VA  23285-5520<br><br>Citibank<br>PO Box 6500<br>Sioux Falls, SD  57117-6500<br><br>Discover Financial Services<br>PO Box 15316<br>Wilmington, DE  19850-5316<br><br>Unifund/collection Agency<br>11802 Conrey Rd Ste 200<br>Cincinnati, OH  45249-1075<br><br>M & B Holub Building Co.<br>1714 S River Rd<br>Des Plaines, IL  60018-2253<br><br>Neiman Brothers Company, Inc.<br>3322 W Newport Ave<br>Chicago, IL  60618-5510<br><br>AT&T<br>C/O: Risk Management Alternatives, Inc.<br>1500 Commerce Dr<br>Saint Paul, MN  55120-1023<br><br>E.A. Kaminski Inc. D/B/A Kaminski<br>Greeting Card Co. C/O: Gregory Ramel<br>6106 W Barry Ave<br>Chicago, IL  60634-4029<br><br>National City Bank Of Michigan/Illinois<br>PO Box 8043<br>Royal Oak, MI  48068-8043<br><br>V.E. Berg & Sons Co.<br>4949 N Elston Ave - 4951<br>Chicago, IL  60630-1732<br><br>ADT Security Servces, Inc.<br>PO Box 371967<br>Pittsburgh, PA  15250-7967<br><br>Cuisine De France Inc.<br>1 S Northwest Hwy<br>Park Ridge, IL  60068-4240 |

© 1983-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE·DIJFAJ, MARIA _____   Case No. _____
                    Debtor(s)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **WNVR Radio**<br>3656 W Belmont Ave<br>Chicago, IL 60618-5328 |
| | **Ameritech**<br>Bill Payment Center<br>Chicago, IL 60663-0001 |
| | **Andy's Dell**<br>3055 N Milwaukee Ave<br>Chicago, IL 60618-6612 |
| | **Arc Disposal & Recycling, Inc.**<br>2101 S Busse Rd<br>Mount Prospect, IL 60056-5561 |
| | **Bachinger Farms, Inc.**<br>PO Box 254<br>Prospect Heights, IL 60070-0254 |
| | **Belmont Sausage Company**<br>2201 Estes Ave<br>Elk Grove Village, IL 60007-5426 |
| | **Risk Management Alternatives, Inc.**<br>1500 Commerce Dr<br>Mendota Heights, MN 55120-1023 |
| | **Craelius Poultry Company**<br>370 N Morgan St<br>Chicago, IL 60607-1321 |
| | **European Imports, Ltd.**<br>2475 N Elston Ave<br>Chicago, IL 60647-2033 |
| | **Greeting Card Co. C/O: Gregory Ramel**<br>6106 W Barry Ave<br>Chicago<br>IL, |
| | **J & B Distributing Co.**<br>3250 N Kilpatrick Ave<br>Chicago, IL 60641-4421 |
| | **Lifeway Foods, Inc.**<br>6431 Oakton St<br>Morton Grove, IL 60053-2727 |
| | **Lowell International Company CH**<br>2324 Touhy Ave<br>Elk Grove Village, IL 60007-5329 |
| | **Markpol Group Inc.**<br>9815 Leland Ave<br>Schiller Park, IL 60176-1303 |
| | **McBee Systems, Inc.** |

© 1983-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE·DUFAJ, MARIA                                                                    Case No. _____
_____
                            Debtor(s)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | PO Box 4270<br>Athens, OH  45701-4270 |
| | Midland Foods Co Inc.<br>PO Box 8512<br>Chicago, IL  60680-8512 |
| | Dean Foods Company<br>3600 River Rd<br>Franklin Park, IL  60131-2152 |
| | Oberweis Dairy<br>C/O: Complete Credit Service Corporation<br>5340 N Clark St<br>Chicago, IL  60640-2120 |
| | Prolix Packaging Inc.<br>C/O: Tanner And James, Inc.<br>32 W Loockerman St Ste L101<br>Dover, DE  19904-7302 |
| | Rich's Market Inc.<br>1237 W. Fulton<br>Chicago, IL  60607 |
| | Santanna Energy Services<br>C/O: CMI Legal Forwarding Division<br>PO Box 28851<br>Philadelphia, PA  19151-0851 |
| | Stan Mark Food Products, Inc.<br>1100 W 47th Pl<br>Chicago, IL  60609-4302 |
| | The St Paul<br>Dept. Ch 9072<br>Palatine, IL  60055-0001 |
| | Westdale Foods Co.<br>7825 S Roberts Rd<br>Bridgeview, IL  60455-1405 |
| | Variety Meat Company<br>835 W Wayman St<br>Chicago, IL  60607-1311 |
| | Illinois Department Of Revenue<br>101 W Jefferson St<br>Springfield, IL  62702-5145 |
| | Illinois Department Of Employment<br>Security<br>33 S State St<br>Chicago, IL  60603-2802 |
| | Illinois Department Of Revenue<br>Field Compliance District 05<br>9511 Harrison St |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE DUFAJ, MARIA _____   Case No. _____

Debtor(s)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Des Plaines, IL  60016-1563 |
| | Internal Revenue Service<br>Department Of The Treasury<br>Cincinnati, OH  45999-0030 |
| | Internal Revenue Service<br>Department Of The Treasury<br>Cincinnati, OH  45999-0030 |
| | Internal Revenue Service<br>Department Of The Treasury<br>Cincinnati, OH  45999-0030 |
| | Illinois Department Of Revenue<br>PO Box 19468<br>Springfield, IL  62794-9468 |
| | Illinois Department Of Revenue<br>Springfield, IL  62776-0001 |
| | Illinois Department Of Agriculture<br>PO Box 19281<br>Springfield, IL  62794-9281 |
| | Internal Revenue Service<br>8125 River Dr Ste 103<br>Morton Grove, IL  60053-2642 |
| | Ameritech<br>Bill Payment Center<br>Chicago, IL  60663-0001 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE DUFAJ, MARIA _____   Case No. _____
_____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP | AGE |
| | **Self** | **42** |
| | **Son** | **16** |
| | **Son** | **13** |
| | **Son** | **7** |
| | **Husband** | **42** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed Since 11/1/04** | |
| Name of Employer | **Unemployed** | |
| How long employed | **Since 11/1/04** | |
| Address of Employer | **722 Dempster Ave., #112** | |
| | **Mount Prospect, IL  60056-5066** | |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | | $ _____ | $ _____ |
| Estimated monthly overtime | | $ _____ | $ _____ |
| **SUBTOTAL** | | $ _____ **0.00** | $ _____ **0.00** |
| LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and Social Security | | $ _____ | $ _____ |
|    b. Insurance | | $ _____ | $ _____ |
|    c. Union dues | | $ _____ | $ _____ |
|    d. Other (specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | | $ _____ **0.00** | $ _____ **0.00** |
| **TOTAL NET MONTHLY TAKE HOME PAY** | | $ _____ **0.00** | $ _____ **0.00** |
| | | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ _____ | $ _____ |
| Income from real property | | $ _____ | $ _____ |
| Interest and dividends | | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ _____ | $ _____ |
| Social Security or other government assistance (Specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| Pension or retirement income | | $ _____ | $ _____ |
| Other monthly income (Specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| **TOTAL MONTHLY INCOME** | | $ _____ **0.00** | $ _____ **0.00** |

**TOTAL COMBINED MONTHLY INCOME $ _____ 0.00**  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE DUFAJ, MARIA _____   Case No. _____
                         Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,229.00 |
| Are real estate taxes included?   Yes ___  No ✓ | |
| Is property insurance included?   Yes ___  No ✓ | |
| Utilities:  Electricity and heating fuel | $ 150.00 |
|           Water and sewer | $ |
|           Telephone | $ 175.00 |
|           Other _____ | $ |
| | $ |
| | $ |
| Home maintenance (repairs and upkeep) | $ |
| Food | $ 1,200.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 70.00 |
| Medical and dental expenses | $ 80.00 |
| Transportation (not including car payments) | $ 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 75.00 |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|   Homeowner's or renter's | $ |
|   Life | $ |
|   Health | $ |
|   Auto | $ |
|   Other _____ | $ |
| | $ |
| | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ |
| | $ |
| | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|   Auto | $ 100.00 |
|   Other _____ | $ |
| | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other _____ | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**   $ 3,479.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ |
| B.  Total projected monthly expenses | $ |
| C.  Excess income (A minus B) | $ |
| D.  Total amount to be paid into plan each _____ | $ |
| (interval) | |

© 1993-2004 EZ-Filing, Inc. 11-800-998-2424) - Forms Software Only

IN RE DUFAJ, MARIA _____    Case No. _____
                            Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **36** sheets, and that
                                                                                    (Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.

Date: __12-7-04__    Signature: _____
                                    **MARIA DUFAJ**                                                              Debtor

Date: _____    Signature: _____
                                                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that
I have provided the debtor with a copy of this document.

_____    Social Security No.
Printed or Typed Name of Bankruptcy Petition Preparer    (Required by 11 U.S.C. § 110(c) )

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each
person.

_____    _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result
in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                            (Total shown on summary page plus 1)

Date: _____    Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                    Case No. _____

**DUFAJ, MARIA**                                         Chapter **7** _____

                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### 1. Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 0.00 | **2004 Gross Adjusted Income** |
| | **$67,283 2003 Joint Income with husband Marek Dufaj** |
| | **$59,990 2002 Joint Income with husband Marek Dufaj** |

### 2. Income other than from employment or operation of business

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 0.00 | **Debtor recieved $94,408.41 in June of 2003 from the sale of her personal residence located at 115 S. WE GO Trail, Mount Prospect, IL 60656 which was not taxable income.** |
| 109,552.05 | **Grand Victoria Casino slot winner in 2003** |

### 3. Payments to creditors

None ☑  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Discover Bank vs. Maria Dufaj Case Number 04 M1 124906 | Collection Case | In the Circuit Court of Cook County, Illinois Municipal Dept.-First District | Judgement entered $2,629.19 plus court costs 6/3/2004 |
| John Puskarz v. Maria Dufaj Case Number 03 M1 156243 | Collection | In the Circuit Court of Cook County, Illinois County Dept., First Municipal District | Judgment 10/15/04 $5,500.00 |
| E.A. Kaminski Inc. d/b/a Kaminski Greeting Card Co. v. Maria Dufaj d/b/a Prime Choice European Deli, Inc. Case No. 03 M1 152000 | Collection | In the Circuit Court of Cook County, Illinois Municipal Dept. | Judgment entered in amount of $2,161.00 and $1,911.00 remains unsatisfied. |
| V.E. Berg & Sons v. Maria Dufaj indiv. and dba Prime Choice Deli and Marek Dufaj 03 M1 143028 | Collection | In the Circuit Court of Cook County, Illinois Municipal Dept., First District | Judgment in amount of $2,170.23 |
| Unifund CCR Partners, First USA v. Maria Dufaj Case Number 2004-M1-151060 | Collection | In the Circuit Court of Cook County, Illinois | pending case, not resolved |
| Unifund CCR Partner v. Maria Dufaj Case Number 2004-M1-163404 | Collection | In the Circuit Court of Cook County First Municpal Dept. | Pending case, not resolved. |
| M & B Holub Building v. Mark Dufaj, Marek, Prime Choice European Deli, Inc. Case Number 2004 M2 000079 | Collection/eviction | In the Circuit Court of Cook County Second Municpal District | Judgement entered 2/13/04 |
| National Debt Solutions v. Maria Dufaj Case Number 2004-M1-166519 | Collection | In the Circuit Court of Cook County First Municpal Dept. | Pending Case, no resolution. |
| Citibank v. Maria Dufaj Case Number 2003-M1-147894 | Collection | In the Circuit Court of Cook County First Municpal Dept. | Judgment entered 3/11/04 in the amount of $9,695.52 |

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

### 7. Gifts

**None** ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

**None** ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

**None** ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Iwona Pankowksa & Associates, P.C.**<br>**6146 N Milwaukee Ave**<br>**Chicago, IL 60646-3821** | **11/4/04** | **209.00** |

**Debtor paid attorney, Iwona Pankowska the total sum of $209.00 on 11/04/04 of which same was for the costs of said bankruptcy filing.**

### 10. Other transfers

**None** ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 11. Closed financial accounts

**None** ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **National City Bank Of Michigan/Illinois**<br>**PO Box 8043**<br>**Royal Oak, MI 48068-8043** | **4330021314**<br>**Checking Account in name of Prime Choice European Deli, Inc.** | **Approx. 2002 -$199.00** |
| **National City Bank Of Michigan/Illinois**<br>**PO Box 8043**<br>**Royal Oak, MI 48068-8043** | **Account #5230141359**<br>**Checking account in name of Prime Choice European Deli, Inc.** | **Approx. 2002** |
| **Parkway Bank & Trust Company**<br>**608 Higgins Rd**<br>**Park Ridge, IL 60068-5714** | **0002222086**<br>**Checking Account** | **August 2003 -$3,232.81** |
| **LaSalle Bank, NA**<br>**Dept. 8700**<br>**135 S La Salle St**<br>**Chicago, IL 60603-4177** | **checking account**<br>**#5302960009** | **2003** |

### 12. Safe deposit boxes

**None** ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **115 S. We-Go, Mount Prospect, IL 60056** | | **2/28/01 to 6/13/03** |
| **5251 W. Foster Ave., Chicago, IL 60630** | | **10/06/1989 to 3/21/01** |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Prime Choice European Deli Co.** | **36-4193589** | **722 Dempster St Mount Prospect, IL 60056-5066** | **Deli located at 703 W. Devon Ave. Park Ridge, IL** | **Incorporated 2/13/97 and dissolved 7/1/02** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

60068

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **The Financial Services Corp.**<br>**7003 1/2 W Higgins Ave**<br>**Chicago, IL  60656-1901** | **2002 and 2003 taxes prepared** |

None ☐ b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED
**The Financial Services Corp.**
**7003 1/2 W Higgins Ave**
**Chicago, IL  60656-1901**

**Edwin V. Olszanski**
**2249 Woodview Ln**
**Park Ridge, IL  60068-1041**

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Marla Dufaj**<br>**722 Dempster St Unit 112**<br>**Mount Prospect, IL  60056-5066** | **President** | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**